# Exhibit 2

Case 1:22-cv-01694-VMC   Document 127-2   Filed 12/16/25   Page 2 of 4
Jon D. Groussman                                          July 23, 2024
Sims, Wyteria v. Wingate Management Company, LLC

Page 65

1    Q    Before we go further there, I meant to
2  ask you when we were talking about targeted, and
3  you were referring to Mr. Sims being shot five
4  times.  Do you know how many times the other
5  victims were shot?
6    A    At least once.  I don't know -- I don't
7  know how many times per each individual, no.
8    Q    Okay.  How would you describe the prior
9  crime and event history at Bedford Pines?
10         I think you've said significant violent
11  crime in the past; is that fair?
12    A    That's fair.
13    Q    Do you agree that Bedford Pines was a
14  high crime area?
15    A    Yes.
16    Q    Is it your opinion that Wingate knew that
17  gangs operated in and around Bedford Pines?
18    A    I think that based on the testimony some
19  people understood it to be gangs.
20         Sometimes it's hard to differentiate
21  between whether somebody's in a gang or a drug
22  dealer or something else, part of some other
23  racketeering effort, so...
24         But they -- they, at least based on the
25  testimony, certainly knew that there was a lot of

Page 84

1   "Atlanta police does not have public loitering
2   ordinances in effect and their policy during COVID
3   which halted arrests even for criminal trespassing
4   at the time."
5           So even if you had somebody there who
6   said, "Oh, you know, put the chairs inside" or, you
7   know, "Please don't stand here for more than 10
8   minutes," there's no reason for me to believe that
9   that would have any teeth with individuals that
10  were used to doing that.
11          So, that's what I meant by it.
12      Q   On Page 10, Mr. Groussman, under -- under
13  the bolded Paragraph No. 3, you have a sentence
14  that says, "Based on my review of the file
15  materials produced in this case."
16          Do you see that?
17      A   Yes.
18      Q   And I think we've already discussed your
19  use of the term "targeted," right?
20      A   Correct.
21      Q   Okay.  So what file materials did you
22  review to form your opinion that it was a targeted
23  shooting?
24      A   What I mentioned to you before, that
25  Mr. Sims was shot five times.  That typically more

Page 85

1    often than not and in my experience when there's a
2    drive-by shooting into a group like that and one
3    specific person is hit as many times as he was,
4    that that was not just a random shooting, it wasn't
5    just to send a message.
6             So that's what I base that on.
7        Q   How many times have you formed the
8    opinion that a drive-by shooting was targeted?
9        A   I don't know how many times.  I never
10   counted.
11       Q   Is that something you've provided expert
12   opinion testimony about before?
13       A   I believe I have.
14       Q   Do you recall that case or cases?
15       A   No.
16       Q   Have you personally investigated drive-by
17   shootings?
18       A   As it relates to a property management
19   company and what they were or were not doing or as
20   it relates to the residents or their guests who may
21   have been the target or somehow involved with the
22   assailants, the answer is yes.
23            As a law enforcement officer, clearly
24   not.
25       Q   Well, so explain to me what the