# Exhibit 3

1    Q    Right.  And so other than Detective
2    Belknap's report, do you have any information that
3    you're relying upon to determine which of the
4    plaintiffs were targeted, or whether all plaintiffs
5    were targeted?
6    A    So based on the number of shots that hit
7    Mr. Sims, you know, just based on that physical
8    evidence, it appears that he was the target.  Tate
9    says kind of the same thing that I said -- that I'm
10   saying there.  And I believe there was other
11   depositions that talked about that, but I couldn't
12   tell you which ones.  Tate's the one that comes to
13   mind 'cause I read it this morning.
14   Q    Other than there being five bullets in
15   Marcus Sims' body, do you have any basis to believe
16   that he was the target of the June 30, 2020 shooting,
17   setting aside Detective Belknap's report?
18   A    Well, I'm trying to determine how to answer
19   this question, 'cause I don't know -- if I only know
20   about the fact that Mr. Sims -- well, I mean, it
21   was -- it was questioned in the deposition -- in the
22   depositions, that Mr. Sims had been targeted in a
23   prior drive-by shooting.  So that's the source other
24   than Belknap.
25   Q    If somebody is shot in a drive-by shooting